IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEFFREY K FREMEAU, )
)
    Plaintiff, )
)
v. ) Civil Action No. 3:20CV714
)
ALLIED INTERSTATE LLC, *et al.*, )
)
    Defendants. )

**ORDER**
**(Transferring Case to Newport News Division)**

THIS MATTER is before the Court on Plaintiff's Motion to Transfer Venue (ECF No. 10). Plaintiff seeks to transfer this case as the events underlying the Complaint took place in the Newport News Division. (ECF No. 11 at 3–4.) Defendants do not object to the transfer. (*Id.* at 4.) While Defendant Allied Interstate LLC has filed a Notice of Suggestion on Pendency of Bankruptcy (ECF No. 5) and an automatic stay may be entered pursuant to 11 U.S.C. § 362, a motion to transfer venue does not affect any such stay. *See MTGLQ Inv'rs, LP v. Guire*, 286 F. Supp. 2d 561, 563 (D. Md. 2003) (holding that a motion to transfer venue is not a continuation of action under § 362 as it does not affect the stay's primary purpose to shield the debtor from the financial burden of litigating during bankruptcy). Upon due consideration and finding it appropriate to do so, this Court GRANTS the Motion.

It is HEREBY ORDERED that the Clerk TRANSFER this case to the Newport News Division for reassignment. The Initial Pretrial Conference scheduled for

December 3, 2020 is CANCELED.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: Nov. 5, 2020
Richmond, VA